## HOOD v. STATE. (No. 6020.)

(Court of Criminal Appeals of Texas. Dec. 16, 1920.)

Criminal law ⟞1097(4)—Sufficiency of evidence not reviewable in absence of a statement of facts.

An objection that a verdict of assault to murder is contrary to the law and evidence, and not based on evidence adduced upon the trial, nor supported by the testimony, cannot be reviewed, where the record contains no statement of facts.

Appeal from District Court, Robertson County; W. C. Davis, Judge.

Irvin Hood was convicted of assault to murder, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of assault to murder and given two years in the penitentiary.

It is contended that the judgment ought not to be permitted to stand, because it is contrary to the law and the evidence, and is not based upon evidence adduced upon the trial, nor supported by the testimony. Without the statement of facts, which is not sent up with the record, we are unable to revise the question raised.

This being the only question presented, the judgment will be affirmed.